UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICKY PYZYNSKI,

    Plaintiff,

v.        Case No: 6:16-cv-1998-Orl-40DCI

THOMAS & BETTS CORP.,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Remand (Doc. 18) filed on December 15, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 14, 2017 (Doc. 36), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Remand (Doc. 18) is **GRANTED IN PART AND DENIED IN PART**, in that Count I is remanded to state court.

3. The Clerk of Court is **DIRECTED** to send a certified copy of this Order to the Clerk of Court for the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida.

4. The motion (Doc. 18) is otherwise denied.

**DONE AND ORDERED** in Orlando, Florida on July 5, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties